UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANGELA SECO,<br><br>                 Plaintiff,<br><br>    v.<br><br>HOMESTEAD APARTMENTS, et al.,<br><br>                 Defendants. | CASE NO. 2:24-cv-01118-LK<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE |

This matter comes before the Court following Pervenia "Pear" Brown's response to the Court's Order to Show Cause. Dkt. No. 7. On July 29, 2024, the Court ordered Ms. Brown to show cause why, in light of the fact that she does not appear authorized to practice law, the Court should not strike the complaint she filed on behalf of Plaintiff Angela Seco and dismiss this case. *See generally* Dkt. No. 4. In her response, Ms. Brown does not contend that she had any authority to provide legal representation to Ms. Seco, but states that Ms. Seco "has decided to represent herself" in this case. Dkt. No. 7 at 1. Ms. Seco has also signed and filed a complaint on her own behalf. *See* Dkt. No. 8.

ORDER DISCHARGING ORDER TO SHOW CAUSE - 1

Accordingly, the Court DISCHARGES its Order to Show Cause, Dkt. No. 4, STRIKES the improperly filed complaint and related exhibits, Dkt. Nos. 1, 5–6, and will consider Ms. Seco's recently filed complaint as the operative pleading in this matter, Dkt. No. 8. However, the Court notes that, pursuant to Washington State Court General Rule 25(b)(3), Ms. Seco may lodge a complaint regarding the unauthorized practice of law to the Washington State Practice of Law Board should she so choose.

The Clerk of Court is directed to mail a copy of this Order to Ms. Seco and Ms. Brown at their last known addresses.

Dated this 7th day of August, 2024.

Lauren King
United States District Judge