1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

11 | ANGELA SECO,

CASE NO. 2:24-cv-01118-LK

Plaintiff,

ORDER DISMISSING CASE

12 | v.

13 | HOMESTEAD APARTMENTS, et al.,

14 | Defendants.

15

16        This matter comes before the Court on pro se Plaintiff Angela Seco's notice that she has

17 | re-filed this case in King County Superior Court. Dkt. No. 13. Ms. Seco's notice was submitted in

18 | response to the Court's order dismissing her complaint with leave to amend and warning her that

19 | it would close the case if she did not file an amended complaint by September 6, 2024. Dkt. No.

20 | 12 at 2–3. Ms. Seco did not file an amended complaint by that date. Dkt. No. 13 at 1. The Court

21 | construes Ms. Seco's notice of re-filing in state court as a notice of voluntarily dismissal under

22 | Federal Rule of Civil Procedure 41(a)(1)(A)(i).

23 | //

24 | //

ORDER DISMISSING CASE - 1

1        Given Ms. Seco's notice of voluntary dismissal, Dkt. No. 13, the Court DIRECTS the Clerk

2    of Court to close this case.

3        Dated this 13th day of September, 2024.

4

5                                                    Lauren King
                                                     United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER DISMISSING CASE - 2